STATE *v.* THOMAS HAWTHORN et als.

Witnesses for the accused to contradict a witness for the State who had denied, on cross-examination, having sworn to certain statements, cannot be heard after the testimony on the part of the defence is closed, and after the District Attorney has offered testimony to sustain the character of the State's witness, but which he had withdrawn upon the defendants' counsel stating that he had no intention to impeach the character of the witness.

A PPEAL from the First District Court of New Orleans. *Robertson,* J.
Attorney General, for the State. *Larue & Whittaker, Budd* and *Lambert,* for appellants.

SLIDELL, C. J. Under the circumstances stated in the bill of exceptions, we think the District Judge did not err in refusing to receive the testimony offered.

Judgment affirmed, with costs.

Bill of exceptions alluded to by the court:

Be it remembered that on the trial of this case, the testimony of *E. Dennis* was taken for the prosecution, and in the cross-examination he was asked whether he did not on a day named, before the Recorder of the Second District of New Orleans, swear that he had kicked *Hamilton Rowan,* on the day in question, on his breast and hands, as he was about ascending from the main to the poop deck; that he answered, no; whereupon Recorder *Ramos,* of the Second District, and *Henry C. Reiley* were offered by defendants to contradict said testimony. It was objected to by the District Attorney; the objection was sustained by the court, and defendants, through their counsel excepted to said decision.

*By the Court.*—These witnesses were introduced after the testimony had been closed on the part of the defence, and after the District Attorney had offered testimony to sustain the character of the State's witness, Capt. *Dennis,* but which he had withdrawn, upon defendants' counsel stating that they had no intention to impeach the character of the witness. The court believes that to prove a witness has sworn falsely is an attack upon the character of the witness.          (Signed)                    J. B. ROBERTSON, Judge.